```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF RHODE ISLAND
_____
                                    )
JEREMY MENGE,                       )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )   C.A. No. 16-085 S
                                    )
NANCY A. BERRYHILL, Acting          )
Commissioner of Social Security,    )
                                    )
        Defendant.                  )
_____ )
```

**ORDER**

WILLIAM E. SMITH, Chief Judge.

Magistrate Judge Patricia A. Sullivan filed a Report and Recommendation ("R&R") on May 26, 2017 (ECF No. 16), recommending that Plaintiff's Motion to Reverse the Decision of the Commissioner (ECF No. 11) be denied and that Defendant's Motion for an Order Affirming the Decision of the Commissioner (ECF No. 14) be granted. Having heard no objections and having carefully reviewed the pending motions and the R&R, the Court ACCEPTS the R&R and adopts the recommendations and reasoning therein. Plaintiff's Motion to Reverse the Decision of the Commissioner is therefore DENIED, and Defendant's Motion for an Order Affirming the Decision of the Commissioner is GRANTED. Final judgment shall enter in favor of Defendant.

IT IS SO ORDERED.

/s/ William E. Smith
_____
William E. Smith
Chief Judge
Date: August 1, 2017